No. 72–1504. COCA-COLA CO. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 72–1440. OLENZ *v.* MAROVITZ, U. S. DISTRICT JUDGE, ET AL. C. A. 7th. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–1572. BINKLEY *v.* MANUFACTURER's LIFE INSURANCE CO. C. A. 10th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–1604. HEWLETT *v.* HEWLETT. Ct. Civ. App. Tex., 10th Sup. Jud. Dist. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–1642. BROWN *v.* TENNESSEE REAL ESTATE COMMISSION. Ct. App. Tenn. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–1669. CONTINENTAL DEVELOPMENT CORP., INC. *v.* VINES ET AL. Sup. Ct. Ala. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–1720. JOHNSON *v.* TEXAS. Ct. Crim. App. Tex. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–1741. RANDOLPH *v.* SCHOOL DISTRICT 201 ET AL. C. A. 7th Cir. Motion to dispense with printing petition granted. Certiorari denied.